

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/12/2014

| | | |
|---|---|---|
| In Re: | § | Case No. 13-33114-H5-7 |
| | § | |
| WALID MIZYED | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

## ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

The Court has considered the Application of Allison D. Byman, Trustee of the estate of the above-named Debtor, praying for authority to employ and appoint the law firm of Hughes Watters Askanase, L.L.P. (the "law firm") as her regular bankruptcy counsel, effective May 10, 2014 and to designate Steven Shurn to act as lead counsel with Simon Mayer assisting in the representation, to represent her as Trustee (the "Application"). It appears from the Application and the Affidavit of the law firm that the members of the law firm are attorneys duly admitted to practice in this Court, and that the law firm represents no interest adverse to the Trustee, the above-named Debtor, or the estate, or the United States Trustee in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interest of the estate and that the case is one that requires retention of counsel. It is

**ORDERED** that Allison D. Byman, Trustee of the estate of the above-named Debtor, be and hereby is authorized to employ the law firm of Hughes Watters Askanase, L.L.P. with Steven Shurn to act as lead counsel with Simon Mayer assisting in the representation, to represent her as Trustee in this case effective May 10, 2014 to perform the professional services described below:

a) to file pleadings with the Court and to represent the estate's interest in regard to any adversaries, appeals, or contested matters before this Court and litigation in other courts, particularly with regard to the estate's interest in various assets and the positions of secured and unsecured creditors, whether by motion, adversary action, turnover proceedings, or litigation activities of every description in other courts;

b) to analyze, institute and prosecute actions regarding determination and recovery of property of the estate, or of entities owned in whole or in part by the estate, including investigation and prosecution of determination and lien perfection, avoidance litigation as well as collection and liquidation of assets of the estate, to the extent such activities would be economically beneficial to the estate;

c) to assist the Trustee where necessary to negotiate and consummate non-routine sales of the assets of the estate, wherever they may be found, including sales free and clear of liens, claims and encumbrances, and to institute any necessary proceedings in regard thereto;

d) to institute and prosecute non-routine objections to exemptions and non-routine objections to proofs of claim;

e) to co-ordinate activities with the United States Trustee as appropriate in connection with issues of the integrity of the bankruptcy courts and procedures;

f) to aid in the representation of Applicant in any litigation against Applicant in Applicant's official capacity;

g) to render legal advice and assistance with regard to matters involving taxation of the estate;

h) to assist in resolution of title problems associated with the estate's property; and

i) to collect any judgments that may be entered in favor of the estate.

**IT IS FURTHER ORDERED** that the law firm shall not be compensated by the bankruptcy estate for performing duties required to be performed by the Trustee.

**IT IS FURTHER ORDERED** that all fees and expenses paid to the law firm are subject to application to and approval by the Court.

**IT IS FURTHER ORDERED** that should the Trustee desire for the law firm to perform any additional professional services, other than those authorized herein, or should the Trustee

desire to appoint additional counsel to perform legal services, leave is hereby granted for her to file such other applications or supplemental applications as may be necessary.

Signed: June 12, 2014

_____
Karen K. Brown
United States Bankruptcy Judge

Approved:

  /s/ Allison Byman
Allison Byman, Trustee
SBN 24040773
Three Allen Center
333 Clay Street, 29th Floor
Houston, Texas  77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
adb@hwa.com